THE NEW YORK YELLOW CAB COMPANY SALES AGENCY, INC., Respondent, *v.* COURTLANDT GARAGE AND REALTY CORPORATION, Appellant, Impleaded with Others.

*Removal of causes — consolidation — removal of causes from Municipal Court of City of New York and consolidation with Supreme Court action denied.*

Appeal from an order of the Supreme Court, made at the New York Special Term, dated June 12, 1923, and entered in the New York county clerk's office, granting the plaintiff's motion to remove fifteen certain actions pending in the Municipal Court and consolidate them with the above-entitled action, and also from an order dated July 23, 1923, granting said motion upon reargument.

PER CURIAM: In view of the time which must elapse before the action in the Supreme Court can be reached for trial, we are of opinion that the discretion of

the court at Special Term was not properly exercised in ordering the removal of the Municipal Court actions and consolidating them with the action pending in the Supreme Court. The orders appealed from should, therefore, be reversed, with ten dollars costs and disbursements, and the motion for removal and consolidation denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ. Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.